UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2010 JAN -8 PM 1:11

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>AURELIO ZUNIGA-GARCIA,<br><br>                Defendant. | CASE NO. 09CR4181-DMS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case 09CR4602-DMS against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/5/10

BARBARA L. MAJOR
UNITED STATES DISTRICT JUDGE

ENTERED ON _____